UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL J KEARNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN D SNAZA et al.,<br><br>　　　　　Defendants. | CASE NO. C13-5383 RJB-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR:<br>DECEMBER 20, 2013 |

　　　　The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

　　　　Plaintiff asks the Court to enter default against defendants (ECF No. 50). Defendants filed an answer to the complaint three days after plaintiff's motion was filed (ECF No. 51). The Court recommends that plaintiff's motion for default be denied because default is a drastic remedy that is only appropriate in extreme circumstances and cases should be decided on the merits whenever possible. *Faulk v. Allen*, 739 F.2d 461, 463 (9th Cir. 1984)(*citing Schwab v. Bullocks, Inc.*, 508 F.2d 353, 355 (9th Cir.1974)).

REPORT AND RECOMMENDATION - 1

1  Plaintiff has also filed a motion for contempt or sanctions based on defendants' failure to
2  filing a timely answer (ECF No. 52). Plaintiff's second motion is noted for November 29, 2013
3  (*id.*). Plaintiff's second motion is not a dispositive motion and the Court will address it in a
4  separate order.

5  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
6  fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
7  6.   Failure to file objections will result in a waiver of those objections for purposes of de novo
8  review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C).  Accommodating the time limit
9  imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
10 December 20, 2013, as noted in the caption.

11  Dated this 21st day of November, 2013.

13  J. Richard Creatura
14  United States Magistrate Judge