# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DANIEL J KEARNEY,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN D SNAZA.<br><br>        Defendant. | CASE NO. C13-5383 RJB-JRC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. The Court denies plaintiff's motion for default judgment because an answer was filed within three days of plaintiff filing the motion.

DATED this 30th day of December, 2013.

ROBERT J. BRYAN
United States District Judge

ORDER - 1