```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
 9                                    AT TACOMA

10   DANIEL J KEARNEY,
                                                  CASE NO. C13-5383 RJB-JRC
11                   Plaintiff,
                                                  REPORT AND RECOMMENDATION
12          v.
                                                  NOTED FOR:
13   JOHN D SNAZA, TODD L THOMA,                  NOVEMBER 10, 2014
     JAMES DOWNING, GEORGE EATON,
14   DEBORAH THOMPSON, VALERIE
     PETERS, THREASA BECKER, S M
15   DAVIS, JON TUNHEIM, JOHN M
     JONES,
16
                     Defendants.
17
```

18  The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

19  Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local

20  Magistrate Judge Rules MJR1, MJR3 and MJR4.

21  The parties have filed a stipulated motion to dismiss this action with prejudice and

22  without costs to either party (Dkt. 67). The parties state that the case has settled (*id*.). The Court

23  recommends granting the motion and dismissing the action with prejudice, and without an award

24  of costs to either side. Further, the Court recommends entry of the order dismissing this action

1 | the same day as the Report and Recommendation is filed as the motion is stipulated and there
2 | should be no objection to entry of the order.

3 |       Dated this 10th day of November, 2014.

4

5 |                                 J. Richard Creatura
6 |                                 United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24