UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL J KEARNEY,

                Plaintiff,

    v.

JOHN D SNAZA, TODD L THOMA, JAMES DOWNING, GEORGE EATON, DEBORAH THOMPSON, VALERIE PETERS, THREASA BECKER, S M DAVIS, JON TUNHEIM, JOHN M JONES,

                Defendants.

CASE NO. C13-5383 RJB-JRC

ORDER

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura (Dkt. 68), and the remaining record, does hereby find and ORDER:

1.     The Court adopts the Report and Recommendation;

2.     By stipulation of the parties the Court dismisses this action is dismissed WITH PREJUDICE and without costs to either party (Dkt. 67).

3.     The Clerk is directed to send a copy of this Order to plaintiff, and to the Hon. J. Richard Creatura.

DATED this 10th day of October, 2014.

                              ROBERT J. BRYAN
                              United States District Judge

ORDER - 1